**IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Newport News Division**

CENTER FOR BIOLOGICAL DIVERSITY,

            Plaintiff,

               v.

U.S. MARITIME ADMINISTRATION,
PETE BUTTIGIEG, in his official capacity,
and LUCINDA LESSLEY, in her official
capacity,

            Defendants.

Civil Action No. 4:21-cv-132 (RCY/LRL)

**Joint Request for Hearing**

Pursuant to the Court's Procedures for Civil Motions, ECF No. 10-1, the Parties hereby jointly request through electronic filing with the Clerk's Office that a hearing be scheduled and oral arguments heard on Parties' Cross-Motions for Summary Judgment, filed in the above-captioned case at ECF Nos. 27-34.

Pursuant to Local Civil Rule 7(e), the Parties have met and conferred in a good-faith effort to narrow the area of disagreement, and request argument on all matters briefed in the Parties' Motions for Summary Judgment. However, the Parties intend for the argument to focus on the central disputes in the case.

The Parties have further met and conferred regarding schedules, and provide the following dates that counsel are available over the next few months to assist the Court in scheduling a date for argument in this matter:[1]

June: 27, 28

---

[1] The Parties have not provided dates for September but will do so if it would assist the Court.

July: 19, 20, 25

August: 22-26

Due to the ongoing COVID-19 pandemic and concerns regarding travel and exposure, the parties also respectfully request that should the Court schedule a hearing in this matter, that it allow the parties to appear by video conference.

Dated: June 13, 2022                              Respectfully submitted,

                                                  /s/ Hannah Connor
                                                  Hannah Connor (VSB # 74785)
                                                  Center for Biological Diversity
                                                  1411 K Street NW, Suite 1300
                                                  Washington, DC 20005
                                                  Tel: (202) 681-1676
                                                  Email: hconnor@biologicaldiversity.org

                                                  Jared Margolis (*pro hac vice*)
                                                  Center for Biological Diversity
                                                  2852 Willamette St. # 171
                                                  Eugene, OR 97405
                                                  Tel: (802) 310-4054
                                                  Email: jmargolis@biologicaldiversity.org
                                                  *Counsel for Plaintiff*

                                                    /s/ Garry Hartlieb
                                                  Garry D. Hartlieb (IL Bar No. 6322571)
                                                  Assistant United States Attorney
                                                  Office of the United States Attorney
                                                  101 West Main Street, Suite 8000
                                                  Norfolk, Virginia 23510
                                                  Tel: (757) 441-6331
                                                  Email: garry.hartlieb@usdoj.gov T

                                                  Kaitlyn Ashley Poirier (*pro hac vice*)
                                                  Wildlife & Marine Resources Section
                                                   Ben Franklin Station
                                                  P.O. Box 7611
                                                  Washington, D.C. 20044
                                                  Tel: (202) 598-1050
                                                  Email: kaitlyn.poirier@usdoj.gov
                                                  *Counsel for Defendants*