IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

CENTER FOR BIOLOGICAL DIVERSITY,

   Plaintiff,

      v.                                          Civil No. 4:21-cv-00132

UNITED STATES MARITIME
ADMINISTRATION, PETE BUTTIGIEG, in
his official capacity, and ANN C. PHILLIPS,
in her official capacity,

   Defendants.

**ORDER**

Upon consideration of the parties' briefing, relevant legal authority, the administrative record, and as set forth in the Court's Memorandum Opinion, Plaintiff's Motion for Summary Judgment, ECF No. 27, is **GRANTED IN PART** and **DENIED IN PART** and Defendants' Motion for Summary Judgment, ECF No. 31, is **GRANTED IN PART** and **DENIED IN PART**. The parties are **DIRECTED** to meet and confer and submit to the Court a proposed schedule for consultation by **April 14, 2023**. Upon receipt of the proposed schedule, the Court will issue a Final Order containing the declaratory and injunctive relief set forth in the Memorandum Opinion.

It is so **ORDERED**.

/s/
_____
Elizabeth W. Hanes
United States District Judge

Norfolk, Virginia
Date: March 31, 2023