# UNITED STATES DISTRICT COURT
# CIVIL STATUS HEARING MINUTES

Date: **5/2/2023**  Judge: Elizabeth W. Hanes
Time Set: **1:30**  Reporter: Jill Trail
Time**: 1:34 – 1:50**  Deputy Clerk: Katie Galluzzo

Case Number: **4:21cv132**

## CENTER FOR BIOLOGICAL DIVERSITY

vs.

## UNITED STATES MARITIME ADMINISTRATION et al.

| Counsel for Plaintiff: | Counsel for Government: |
| --- | --- |
| **Jared Margolis** | **Kaitlyn Poirer** |
| **Hannah Connor** | **Garry Hartlieb** |

PROCEEDINGS:

Case on for status hearing via Zoom regarding Notice of Parties' Proposed Schedule for Consultation (dkt 54).

Counsel answered questions of the Court.

Court directs parties to file additional briefs – Govt to file within 14 days; 14 days for Plt's response; 7 days for reply. Parties to include proposed orders with briefings.