IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
Newport News Division

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY,<br><br>    Plaintiff,<br><br>    v.<br><br>U.S. MARITIME ADMINISTRATION,<br>PETE BUTTIGIEG, in his official capacity,<br>and LUCINDA LESSLEY, in her official capacity,<br><br>    Defendants. | Civil Action No. 4:21-cv-132 (EWH/LRL) |

## **PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Plaintiff Center for Biological Diversity appeals to the United States Court of Appeals for the Fourth Circuit from the District Court's March 31, 2023, Order Granting in Part and Denying in Part Plaintiffs' Motion for Summary Judgment (ECF No. 27) and Defendants' Motion for Summary Judgment (ECF No. 31), as well as the accompanying Memorandum Opinion. *See* ECF Nos. 52, 53. Plaintiff also appeals the Court's August 4, 2023, Order on Remedy. *See* ECF No. 59.

Dated: October 13, 2023

Respectfully submitted,

/s/ Hannah Connor
Hannah Connor (VSB # 74785)
Center for Biological Diversity
1411 K Street NW, Suite 1300
Washington, DC 20005
Tel: (202) 681-1676
Email: hconnor@biologicaldiversity.org

*Counsel for Plaintiff*